UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MIGUEL A. EMMANUELLI, et al.,

    Petitioners,

    v.

WALDO F. RODRIGUEZ,

    Respondent.

Civil No. 04-1581 (SEC)

## ORDER

The active District Judges have adopted Magistrate-Judge Aida Delgado Colón's Report and Recommendation dated June 30, 2004, in reference to the professional conduct of attorney Waldo F. Rodríguez. Mr. Rodríguez has not objected the Magistrate's report and has disregarded several orders to show cause entered by the Bankruptcy Court.

An Order of Disbarment is now entered against attorney Waldo F. Rodríguez. The Clerk will make the corresponding annotations in the Court's records.

San Juan, Puerto Rico, this 1st day of February, 2006.

BY ORDER OF THE COURT:

JOSE ANTONIO FUSTE
Chief U. S. District Judge

FEB 0 1 2006

s/c: Otto Landrón
Waldo Rodriguez
Alejandro Oliveras